UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR CAMARILLO,<br><br>Defendant. | Case Nos. 2:16-cr-00269-RFB<br><br>ORDER REGARDING ADDITIONAL CONDITIONS OF RELEASE |

Presently before the court is the matter of U.S. v. Victor Camarillo. On July 13, 2017, this court held a hearing regarding the conditions of the defendant's supervision in the instant matter.

The Court concurs with the parties' resolution of the violation of conditions of supervision; Mr. Camarillo's supervision to be modified to include his residence in the residential re-entry center upon availability of bed space.

Consistent with its Orders at the hearing, the Court **Ordered** and **now Orders** that Mr. Camarillo be continued on release with same conditions as previously imposed with the following additions and modifications:

1. Reside at Re-entry Center - You shall reside at and participate in the program of a residential re-entry center for a period of up to forty-five days, as approved and directed by the probation officer. Subsistence is to be waived.

IT IS SO ORDERED this 13th day of July, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE